It's all good to me. If you are interested in our work, please feel free to send me a message in the comments. Also, if you are in the library, please do as well. And I'll see you next time. Thank you so much, Stuart. Bye-bye. Bye-bye. See you later. Oh, this was great. Thank you very much. Thank you. This was great. Thank you. Thank you very much.      Thank you very much. I'm going to go ahead and turn it over. I'm going to briefly go through the last few. And then I'll let you sort them out because this case was actually submitted before the meeting. So this case was submitted before the meeting. So I'm just going to go through the first two. I mean, I know the first case is quite old, but as a practical question, sure. The borrowers were in default, and someone had the right to foreclose, even if you're correct that it was the part that did foreclose. And I wondered what is, as a practical matter, the potential remedy that your clients could have taken beyond the thinking that it was something to work with? What is the practical effect where this property was foreclosed on many years ago? Well, I would respond this way. There is a significant change in the space in terms of, so our clients see this kind of introspection properties, and it seems a judgmental point to trust that it was oriented that way. So, in practicality, what would happen if we were reversing the remedy is we would have spoken to the client, and now, it's been decided that due to trust being distorted, that we would, that all of the trust would be exposed. It's already been recorded. And, therefore, all of the assignments, and ultimately the interests of the sale would be exposed, and the store owner would be introspective due to the fact that there was a change in the fact that there wasn't a fault. What's the reason for the fact change in the fact that there wasn't a fault? Demote. So, demote. So, demote, of course, is considered technically a displacement, because it's more dynamic than it used to be before. And, therefore, yeah, they could, again, there could be variations and mutations that come along. So, yeah, they could be forwarded to, like, from John and the clients, or the borrowers now, James and so on, the old clients. One thing I was also saying is that, again, it's an awesome analogy. Sometimes, they feel like they can be on the very next page at some point. And then, what you're doing, like I said, in the last transition, so it seems to me, there's an option to. I think you might think, for example, if your client's from a university, $140 million loan proceeds were donated. Oh, that's correct. That's what I was just about to talk about, because one of the big changes, and I know I'm prioritizing you all, is that the consumer is going to be investing, so they're going to be two pages. If you owe money, you're going to pay back. It's going to be what you paid or who took it. One of the changes is that you're going to have, you're going to have this QR app, versus U.S. Pension Insurance Association, that's what they call it. It goes to California. It goes into, at least presently, I don't know, in cases, and what I've noticed is, you don't owe money to the borrowers. You don't owe money to the other clients. It's more appropriate that way. Like, if you owe money to anybody, if anybody's here, you can go back to where you came from. I've noticed that, now, if you owe money to villains, you go to the villain, and it's a hard, if you just write, on a person's profile, that is sort of, it's a hard statement. Oftentimes, it shows up, you know, at the economy. It's still hard for the wrong client to find another client. So, if there is no guilt for us, it leaves us void. It's the most important thing. In 2020, it's been recorded. It's been recorded. It's obviously a reference to inter-agreement. We all agree that inter-agreements are very crucial. Most of these files, in 2013, no collateral damage has been filed. No appeals or judgments have been taken. No response to catwalks, and cameras, and traffic, and other judgment, four years later. Ultimately, it's due to trust as well. Now, as we heard, a lot of times, after all of this, a lot of what we're talking about, the driver of the company, for me, is to put attention to the highest danger. I don't know if it's necessary, but it is. You are a part of the community. You are one of our major contributors. And it is void. It's the largest void in the world. So, again, I try to put attention. That's an exception to the usual danger. But does anything void, it is to me, to pay a million and a quarter dollars to the following area for a contract that is dangerous. Sure. Are you familiar with what is known as your century-wide case? California had a case from 2011. Yes. And in that case, in the first hours there, this time, that area, was allowed to issue foreclosure, even though it did not hold the note. And I wonder how your case differs from that one in that it's... Oh, well, first of all, our case is not really the case of hers. Hers is sealed. Okay. So, I just want to know what your argument is that the absence of the note is void. And that's why I was asking about an exception that you didn't trust. It's... It's also fully void. And it's... It's true. It's fully void, but it's just... It's part of... It's just really big. It kind of crosses your bridge when you talk. Not the note, because there's a huge distinction. And... And... And this is one reason I think that perhaps the word is in a much more redirected order to put it this way, is that my rules make money as money first. And that's absolutely valid. My second question is, is that how you secure this process to see whether the person has his property or he has his property or she has his property, how do you choose to have the security or background which will actually prevent the instability of the note? So, as well, there's a question and an issue that is not an issue in this case. It's the cost of whether it's secure as a note or not secure as a note. That's a question that we have to partner with the community. So, that's why I think that's really key to funding. You don't go, oh, this is very cool. You don't go, well,  to have this security for a bill. You can't stop doing that. You don't want to hold your hands to Aurora or in this case, the Novel Note and the northern part            in this case, the northern part of Aurora. You don't want  hold your hands to       part of Aurora. You hold your hands to the  You don't want to use  hands to the northern  Aurora. You don't want to use your hands to the northern part of Aurora. Rosa You don't want to use your hands to the northern part. It has to be a good hand. Good caution hearing court the subject of this action is against a company a corporation which does not have to do justice for a person. So the court has made a ruling that may be totally false and so the decision has been made by  court in the case of the case of the case of the case of the case of the case of the case of the    case  the case of the the case of     case of the case of the case of the case
judges: Hawkins, Graber, Selna